**Order entered February 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00510-CV

**JACOLBY ANDERSON, Appellant**

**V.**

**LONESTAR PATENT SERVICES, INC., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00393-E**

## ORDER

We **REINSTATE** this appeal.

By order dated January 15, 2019, we abated this appeal and ordered the trial court to make findings of fact and conclusions of law. On February 4, 2019, a supplemental clerk's record was filed containing the trial court's findings.

Appellant shall file any amended brief by **March 6, 2019**.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE